EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 440-9247
Facsimile: (808) 541-2958
Email: gabriel.colwell@usdoj.gov

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 21 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. CR 05-00270 |
| Plaintiff, | ) | Citation No. A1446804/H-10 |
| | ) | |
| vs. | ) | NOTICE OF COMPLIANCE |
| | ) | WITH SENTENCE |
| KEITH F. SIMPSON, | ) | |
| | ) | |
| Defendant. | ) | Compliance Date: 14 Feb 06 |
| | ) | |

NOTICE OF DEFENDANT'S COMPLIANCE WITH SENTENCE

NOW COMES THE PLAINTIFF, the United States of America, by and through its attorneys, Edward H. Kubo, Jr., United States Attorney, and Gabriel Colwell, Special Assistant United States Attorney, and hereby notifies the court that the defendant has

//

//

//

//

//

complied with the sentence requirements imposed on August 9, 2005.

DATED:   FEB 2 1 2006  , Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
GABRIEL COLWELL
Special Assistant U.S. Attorney

U.S. vs. SIMPSON
CR No. 05-00270
Citation No. A1446804/H-10
NOTICE OF COMPLIANCE

2